```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
                          RENO, NEVADA
```

LYNA BALLEZA,                         )   3:10-CV-00074-ECR-RAM
                                      )
    Plaintiff,                        )   MINUTES OF THE COURT
                                      )
vs.                                   )   DATE: July 15, 2010
                                      )
SCHENKER, INC., et al.,               )
                                      )
    Defendants.                       )
                                      )

PRESENT:      EDWARD C. REED, JR.                  U. S. DISTRICT JUDGE

Deputy Clerk:     COLLEEN LARSEN        Reporter:      NONE APPEARING

Counsel for Plaintiff(s)                NONE APPEARING

Counsel for Defendant(s)                NONE APPEARING


MINUTE ORDER IN CHAMBERS

    **IT IS HEREBY ORDERED** that Plaintiff's Motion (#14), filed on June 3, 2010, to file an amended complaint is **GRANTED**.  The proposed complaint (#14, Exhibit A), on its face, appears to state a cause of meritorious action.  Plaintiff shall have fourteen (14) days within which time to file the amended complaint.

    Defendants may pursue their arguments set forth in their Opposition (#15) by a future motion to dismiss or other pleading.

    **IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (#11) is **DENIED** as moot.

                                              LANCE S. WILSON, CLERK

                                              By      /s/
                                                   Deputy Clerk